**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Walter Adonay LOPEZ RIVAS,
Defendant–Appellant.**

**No. 07–12776
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 8, 2008.

Mark Graham Hanson, Miami, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before HULL, MARCUS and WILSON, Circuit Judges.

854

PER CURIAM:

Mark Graham Hanson, appointed counsel for Walter Adonay Lopez Rivas in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lopez Rivas's conviction and sentence are **AFFIRMED.**